1  PHILLIP A. TALBERT
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 1:17-CR-00082-LJO-SKO

12                    Plaintiff,           STIPULATION REGARDING EXCLUDABLE
                                           TIME PERIODS UNDER SPEEDY TRIAL ACT;
13                    v.                    FINDINGS AND ORDER

14  AUDEL VALENCIA,                        DATE: August 7, 2017
    PABLO MENDOZA RODRIGUEZ               TIME: 1:00 p.m.
15                                         COURT: Hon. Sheila K. Oberto
                      Defendants.
16

17

18                              **STIPULATION**

         1.      By previous order, this matter was set for status on August 7, 2017.
19
         2.      By this stipulation, defendants now move to continue the status conference until October
20
    2, 2017, and to exclude time between August 7, 2017, and October 2, 2017, under Local Code T4.
21
         3.      The parties agree and stipulate, and request that the Court find the following:
22
               a)      The government has represented that the discovery associated with this case
23
    includes over a hundred pages of criminal reports, additional numbers of photographs, and a
24
    series of photographs, and audio and video recordings related to the case. All of this discovery
25
    has been either produced directly to counsel and/or made available for inspection and copying.
26
               b)      Plea negotiations are underway with respect to both defendants.
27
               c)      Counsel for defendants desire additional time to consult with their clients, review
28
    the current charges, conduct investigation and research related to the charges, and discuss

1    potential resolution with their clients.

2         d)    Counsel for defendants believe that failure to grant the above-requested

3    continuance would deny counsel the reasonable time necessary for effective preparation, taking

4    into account the exercise of due diligence.

5         e)    The government does not object to the continuance.

6         f)    Based on the above-stated findings, the ends of justice served by continuing the

7    case as requested outweigh the interest of the public and the defendant in a trial within the

8    original date prescribed by the Speedy Trial Act.

9         g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

10   et seq., within which trial must commence, the time period of August 7, 2017 to October 2, 2017,

11   inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

12   because it results from a continuance granted by the Court at defendants' request on the basis of

13   the Court's finding that the ends of justice served by taking such action outweigh the best interest

14   of the public and the defendant in a speedy trial.

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  August 2, 2017                                 PHILLIP A. TALBERT
                                                       United States Attorney


                                                       /s/ JEFFREY A. SPIVAK
                                                       JEFFREY A. SPIVAK
                                                       Assistant United States Attorney

Dated:  August 2, 2017                                 /s/ RICHARD BESHWATE
                                                       RICHARD BESHWATE
                                                       Counsel for Defendant
                                                       Pablo Mendoza Rodriguez
                                                       (As approved by email 8/2/2017)


Dated:  August 2, 2017                                 /s/ DAVID BALAKIAN
                                                       DAVID BALAKIAN
                                                       Counsel for Defendant
                                                       Audel Valencia
                                                       (As approved by email 8/2/2017)


## ORDER

The parties' stipulated request for a continuance of the status conference to **October 2, 2017**, is GRANTED to allow defense counsel to conduct investigations and to allow the parties to engage in plea negotiations.

IT IS SO ORDERED.


Dated:   **August 3, 2017**                            /s/ *Sheila K. Oberto*
                                                       UNITED STATES MAGISTRATE JUDGE